McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALI NAGI ALSHAIF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Michael Chertoff, et al.<br><br>　　　　Defendants. | CV 06-F-938 AWI LJO<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY AND MOTION TO RESET THE PRETRIAL AND TRIAL DATES** |

　　　　Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization. Defendants respectfully request a 60-day extension of time in which to complete discovery in this case, as well as a resetting of the dates of the pretrial conference and the bench trial. Plaintiff's counsel has indicated that he opposes this extension request.

　　　　The reasons for this extension request are enclosed in the attached declaration of counsel.

1  Dated: February 13, 2007                                  Respectfully Submitted,

2                                                             McGREGOR W. SCOTT
                                                              United States Attorney
3

4
                                                    By:      /s/Audrey Hemesath
5                                                            Audrey B. Hemesath
                                                             Assistant U.S. Attorney
6                                                            Attorneys for the Defendants

7

8

9                                                   ORDER

10      Pursuant to this Motion for an Extension of Time and plaintiff's agreement, IT IS HEREBY

11  ORDERED that the discovery cutoff is extended to April 20, 2007.  In light of plaintiff's failure to

12  substantiate objections, the date for the pretrial conference is extended to May 29, 2007 at 8:30 a.m.,

13  and the bench trial date is extended to July 6, 2007 at 10 a.m.

14      IT IS SO ORDERED.

15  **Dated:   February 14, 2007**              **/s/ Lawrence J. O'Neill**
    66h44d                                      UNITED STATES DISTRICT JUDGE
16