# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NAGI ALSHAIR,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 06-0938 AWI LJO<br><br>**ORDER TO REMAND**<br>(Doc. 31.) |

　　　　In this action to address delay to process plaintiff Ali Nagi Alshar's ("plaintiff's") naturalization application, the parties stipulate to remand this matter the U.S. Citizenship and Immigration Services to adjudicate plaintiff's naturalization application within 60 days.  Based on the parties' stipulation and good cause, this Court:

1. REMANDS this matter to the U.S. Citizenship and Immigration Services to adjudicate plaintiff's naturalization application no later than September 21, 2007; and

2. ORDERS the parties, no later than September 28, 2007, to file: (1) papers to dismiss this action in its entirety; or (2) a joint report on the status of adjudication by the U.S. Citizenship and Immigration Services of plaintiff's naturalization application and whether the parties request a conference to set trial and related dates.  This Court will close this action if the parties fail to timely file papers to dismiss this action or a status report.

　　　　IT IS SO ORDERED.

**Dated:    July 18, 2007**　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE