UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NAGI ALSHAIF, | CASE NO. CV-F-06-0938 LJO WMW |
| Plaintiff, | **ORDER AFTER NOTICE OF VOLUNTARY DISMISSAL**; **ORDER TO CLOSE CASE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of the U.S. Citizenship & Immigration Services, DAVID STILL, District Director of the U.S. Citizenship & Immigration Services, DON RIDING, Officer in Charge of the Fresno Office of the U.S. Citizenship & Immigration Services, and McGREGOR W. SCOTT, Attorney General of the United States, Eastern District, | |
| Defendants. / | |

On September 4, 2007, Plaintiff Ali Nagi Alshaif ("Plaintiff") filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). (Doc. 33). Fed. R. Civ. P. 41 confers onto a plaintiff "an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *American Soccer Co. Inc., v. Score First Enterprises*, 187 F.3d 1108, 1109 (9th Cir. 1999) (citing *Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)* (citations and footnote omitted). Accordingly, this action is DISMISSED. The clerk is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

**Dated:   September 5, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE